IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANGELA DENISE NAILS,            )
                               )
            Plaintiff,          )
                               )
vs.                            )      CASE NO. 2:15-cv-441-WHA
                               )
TROY CABLE,                     )                (WO)
                               )
            Defendant.          )

## ORDER

  This case is before the court on the Recommendation of the Magistrate Judge (Doc. #4),

entered on August 6, 2015.  There being no timely objection filed to the Recommendation, and

after a review of the file, the Recommendation is ADOPTED, and it is hereby

  ORDERED that this case is DISMISSED prior to service of process pursuant to 28

U.S.C. § 1915(e)(2)(B)(i) and (ii), because the Complaint is frivolous on its face and fails to state

a claim on which relief may be granted.  Final Judgment will be entered accordingly.

  DONE this 26th day of August, 2015.


      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE