IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:15-cv-441-WHA |
| TROY CABLE, | ) ) (WO) |
| Defendant. | ) ) |

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.

DONE this 26th day of August, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE